**Cesar MARTINEZ, Petitioner–Appellant,**

v.

**Superintendent David L. MILLER, Andrew M. Cuomo, New York State Attorney General,\* Respondents–Appellants.**

No. 06–5876–pr.

United States Court of Appeals, Second Circuit.

June 19, 2009.

* The Honorable Richard K. Eaton, United States Court of International Trade, sitting by designation.

* Pursuant to Federal Rule of Appellate Procedure 43(c)(2), New York State Attorney General Andrew M. Cuomo is automatically sub-

Paul J. Angioletti, Staten Island, N.Y., for Petitioner–Appellant.

Mark Dwyer (Patrick J. Hynes, on the brief), for Robert M. Morgenthau, District Attorney, New York, N.Y., for Appellee.

Present: Hon. ROGER J. MINER, Hon. RICHARD C. WESLEY, Circuit Judges, Hon. TIMOTHY C. STANCEU, Judge.**

### SUMMARY ORDER

Petitioner challenges his conviction under *Batson v. Kentucky,* 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986), via habe-

as corpus petition pursuant to 28 U.S.C. § 2254. This Court considered and rejected a habeas petition by Petitioner's co-defendant at trial that presented the same issue on the same factual record. *Martinez v. Kelly,* 253 Fed.Appx. 127 (2d Cir. 2007). Summary orders do not have precedential value. Nor are we bound by these orders except to the extent they establish the law of the case, res judicata, or collateral estoppel.[1] However, we agree with the conclusion of that panel that the state court did not unreasonably apply federal law as clearly established by the Supreme Court of the United States at the time of conviction. *See* 28 U.S.C. § 2254(d); *Policano v. Herbert,* 507 F.3d 111, 115 (2d Cir.2007); *see also Overton v. Newton,* 295 F.3d 270, 278–79 (2d Cir. 2002).

Accordingly, the judgment of the district court dismissing the petition for habeas corpus relief is hereby **AFFIRMED.**

** The Honorable Timothy C. Stanceu, United States Court of International Trade, sitting by designation.

1. These exceptions do not apply here.